UNITED STATES BANKRUPTCY COURT
EASTERN/WESTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RE: Johnathan Green**                                                                                           **CASE NO:**

**APPLICATION FOR ATTORNEY'S FEES**
**FOR PRE-CONFIRMATION SERVICES**

Jeremy Bueker, Petitioner and Attorney for the debtor(s), states as follows:

1. Petition has or will perform the following legal services for the debtor(s) regarding this case: preliminary meetings with and counseling of the debtor(s); preparation and filing of petition, schedules, plan and any other required statements or support documentation; attendance at 341(a) meeting; advising the debtor(s) regarding requirements to obtain a discharge, including the obtaining of a financial management course; filing any required statements regarding completion of a financial management course and required certifications for domestic support obligations; routine consultation with the debtor(s) from time-to-time after confirmation regarding the status of the case and steps needed for plan completion, including without limitation, changes of address, changes in employer/employee withholding, review of summary notices of claims, review of annual/semi-annual reports, and review or preparation of miscellaneous correspondence regarding the case; and compliance with all requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, General Orders, Local Rules and procedures.

2. Petitioner has reached the following arrangement with the debtor(s) for the services:

| | |
|---|---|
| Total Attorney Fee Requested: | $3,500.00 |
| Less Fees Already Received: | $0.00 |
| Total Attorney Fee to be Paid by Trustee: | $3,500.00 |

This fee arrangement is not a Life of Case fee.

3. Petitioner further states that no understanding or agreement has been made directly or indirectly for the division of fees between Petition and the debtor(s) or any person, firm or corporation.

4. The debtor(s) and Petitioner agree that the Trustee shall first pay administrative costs, then an initial fee to Petitioner of $1,500.00, from funds paid to the Trustee by the debtor(s), and the remaining fee at the rate of 25% of the total disbursed to creditors each month.

Approved by:                                                                                      Respectfully submitted

/s/ Johnathan Green                                                                          /s/ Jeremy Bueker
Debtor: Johnathan Green                                                                 Jeremy Bueker
                                                                                                            Attorney at Law
                                                                                                            Bueker Law Firm
                                                                                                            1702 South Main Street
                                                                                                            Stuttgart, AR 72160
                                                                                                            (870) 673-1313